IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00243-PAB-MJW

STATE RESOURCES CORP., an Iowa Corporation,

    Plaintiff,

v.

WILLIAM B. SIRIOS also known as WILLIAM BRETT SIRIOS,

    Defendant.

## ORDER VACATING JUDGMENT

This matter is before the Court on plaintiff's motion to vacate default judgment [Docket No. 12]. Plaintiff advises the Court that defendant filed a Chapter 12 bankruptcy petition on February 26, 2010. In light of the bankruptcy proceeding, sections 361 and 362 of the United States Bankruptcy Code apply with respect to defendant and his property. Section 362(a) of the Bankruptcy Code provides:

> Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title . . . operates as a stay, applicable to all entities, of-
> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. § 362(a).

Accordingly, it is

**ORDERED** that plaintiff's Motion to Vacate Order for Default Judgment [Docket No. 12] is **GRANTED**. It is further

**ORDERED** that the Default Judgment entered against defendant William B. Sirios [Docket No. 11] is **VACATED**. It is further

**ORDERED** that all proceedings against defendant William B. Sirios are **STAYED** and this case is **ADMINISTRATIVELY CLOSED** unless and until plaintiff obtains relief from stay in Case No. 10-13842 before the United States Bankruptcy Court for the District of Colorado, or the bankruptcy case is dismissed without discharge of plaintiff's claims against defendant.

DATED February 14, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge